DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EARL LEVELLE WHITE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-3885

[June 8, 2016]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 562012CF000360A.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.* The issue raised on appeal was not preserved by an objection to the officer's statement that he received information about the defendant from the "jail management system," nor does it rise to the level of fundamental error. It is not ineffective assistance on the face of the record because there is no showing of *Strickland*[1] prejudice. *Robinson v. State*, 141 So. 3d 656, 657 (Fla. 4th DCA 2014).

CIKLIN, C.J., WARNER and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] *Strickland v. Washington*, 466 U.S. 2052 (1984).